*Foot*, contra.

———

## JACKSON, *ex dem.* KINCARD, *against* SCOTT.

*No fees for attendance and travel of witnesses can be taxed without proof by affidavit of their actual attendance and travel.* Z. R. SHEPHERD, for the plaintiff, moved for a retaxation of the costs, in this cause, which had been taxed, on a motion for judgment as in case of a nonsuit, for not proceeding to trial ; on the ground, that the witnesses' fees were unjustly charged.

*Skinner*, contra.

*Per Curiam.* The motion must be granted, and on the retaxation, no fees for witnesses are to be allowed, without proof, by affidavit, to the satisfaction of the officer taxing the costs, that the witnesses charged did attend and travel for the time to be allowed.

ALBANY,
August, 1810.

*The Court* also said, that after the first day of the next term, no fees for witnesses should be taxed in any cause, without proof, by affidavit, of their attendance and travel.

Rule granted.